## COOK *et al. v.* THE STATE.

*Simmons, C. J.*—This being an indictment for a misdemeanor
against two persons, upon which they were jointly tried and
convicted, and the only question for review by this court being
whether or not the verdict was contrary to the evidence, and it
appearing that there was sufficient evidence to support the
conviction of one of the accused but not that of the other, the
judgment as to the former is *affirmed,* and as to the latter
*reversed.*

Submitted October 8,—Decided October 19, 1896.

Indictment for misdemeanor.    Before Judge Milner.
Bartow superior court.    July term, 1896.

George Cook and Dick Cook were indicted for the un-
lawful sale of liquors in Bartow county.    They were found
guilty, and their motion for a new trial, made upon the
general grounds alone, being overruled, they excepted.

The evidence for the State in brief was: On December
24, 1895, one Chapman saw the two defendants with an
old man and a young man passing his house about sundown.
Stansell was not in the wagon.    He came to the house
where Chapman was, and Chapman went back to the
wagon with him, and he offered Chapman a dram which
Chapman took.    No money was passed, and nothing was
said about paying for the whisky.    On the same day Tom
Cowart saw George Cook near Cass station, who offered to
sell him some tobacco which he had under his arm; and
after talking with Cowart about the tobacco, Cook said if
Cowart saw anybody who wanted anything he thought he
could get it.    Cowart saw J. C. Waldrup in a buggy with
George Cook on the same day at old man Denson's in Bar-
tow county, and they got out of the buggy and Waldrup
took a jug out of the buggy and went towards the wagon
which was in Andrew Denson's yard; but George Cook did
not go in that direction but went to the house, and Dick
Cook was not present.    Cowart never saw either of de-

fendants sell any whisky and has never seen or was present when any was sold. About eight o'clock in the morning of the same day, J. C. Waldrup, driving in his buggy towards Cassville, met George Cook on the road, and Cook had some tobacco twists and offered to sell some to Waldrup. Waldrup told him he was looking for some whisky, and Cook said he knew a man who had some and would tell Waldrup where he was, and indicated where the man was. Waldrup asked him if he would get in the buggy and drive with Waldrup, and Cook did so. It was near the Denson house, and Cook pointed at an old looking man and said he thought this man would let Waldrup have what he wanted. Waldrup went with the man to the wagon and Cook went the other way into the house. Waldrup bought a gallon of apple brandy from the old man, and paid him for it. George Cook had nothing to do with this sale, except as stated, and Dick Cook was not there. Waldrup never bought any whisky from either of them, and never saw them sell any. During the night of December 23d, George Cook and Stansell came to the house of Denson, George's father-in-law. George told Denson that he and his brother had come down to sell tobacco and had a lot of it in the wagon which was in the yard. There was no whisky in it that Denson saw. Denson left home about eight o'clock on the 24th, and the wagon was there then; came back about three, and it was gone. Henry Halcomb was at Denson's house when George and Stansell came, and got a dram of whisky from George. George had a pint bottle about half full in his pocket, and gave Denson some before breakfast. Denson never saw either of defendants sell whisky. One Wriggins lives about three miles from Cassville, and on December 24th got some whisky from an old man out in the Mack Johnson field, and saw Plunket Haygood get some and pay for it. Tom Cowart told Wriggins where the whisky was and how he could get it. The whisky was in two kegs of ten and fifteen gallons apiece,

and sold by an old looking man whom Wriggins did not know. Defendants were not there, and Wriggins never saw either of them until this trial. A wagon was near the house of Andrew Denson. On December 24th, George Cook passed the house of B. F. Posey and asked Posey if he wanted some good tobacco; he said he had a lot of it in the wagon, and gave Posey a sample. Posey bought some tobacco from Cook, which he delivered afterwards. Posey sent for some brandy by Dyar, who went to Denson's, but no whisky was there. Posey was at Denson's, and the brandy that Dyar got for him he got out in the Mack Johnson field near Denson's house. Posey never saw either of defendants sell whisky or brandy. On December 24th, Dyar went up to Denson's to get some brandy and saw George Cook at the house, but did not get any brandy there. Dyar did get some brandy some distance from the house. Dyar met an old man near the house and asked him if he could get some brandy; the man said, "Let's take a walk," and Dyar went off in the field with him about half a mile, and he sold Dyar some brandy which Dyar paid him for. George Cook did not go with them and had nothing to say about it, and his brother had nothing to do with the sale. Posey put Dyar on to it and went with Dyar to show him where he could get it. In the afternoon of the same day Chambers, in Bartow county, beyond Denson's, overtook a wagon which was headed towards the mountains. An old man was driving the wagon, and defendants and a young man named Denson were near the wagon. Bought a quart from the old man. Chambers never saw either of defendants sell a drop. About two o'clock on the night before December 24th, when Halcomb was spending the night at Denson's, defendants and old man Stansell arrived in a covered wagon with whisky and tobacco in it. The wagon and one of the mules belonged to Dick Cook and the other mule to Stansell. George Cook slept in the wagon that night, and Stansell and Dick in the house. George

said that he and his brother and Stansell were interested in some whisky they had hauled down, and that each owned one third of it. Halcomb saw Waldrup come to the house that morning and go to the place where old man Stansell was and get into the wagon. George Cook came with Waldrup but went in the house. Halcomb never saw defendants sell any whisky. The whisky was in kegs in the wagon. Defendants and Stansell live near each other and near the line of Pickens and Gilmer counties. They left for home late in the evening of December 24th. The wagon and whisky were carried out in Johnson's field that morning. S. A. Denson, brother-in-law of George Cook, went home with defendants. They were walking, and the wagon was behind with old man Stansell driving, when Jim and Charley Chambers caught up with it and had some talk with Stansell. Defendants were with Denson at that time away from the wagon, and Denson knows they had nothing to do with what transpired at the wagon any more than Denson did.

*J. W. Harris, Jr.*, for plaintiffs in error.
*A. W. Fite, solicitor-general,* by *A. S. Johnson,* contra.